IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| ELISSA SHETZER, Individually and on Behalf of All Others Similarly Situated | § § § | |
| V. | § § | CIVIL NO. 5:15cv112 |
| HARTE-HANKS RESPONSE MANAGEMENT/AUSTIN LP | § § § | |
| MARY ANN BENNETT, Individually and on Behalf of All Others Similarly Situated | § § § | |
| V. | § § | CIVIL NO. 5:16cv99 |
| HARTE-HANKS RESPONSE MANAGEMENT/AUSTIN LP | § § § | |

---

MINUTES FOR MOTION HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
August 29, 2017

OPEN: 10:30 am                                              ADJOURN: 10:49 am

---

ATTORNEY FOR PLAINTIFFS:     Josh Sanford

ATTORNEY FOR DEFENDANT:      Todd Mobley

LAW CLERK:                   Michael Trombetta

COURTROOM DEPUTY:            Shedera Combs

COURT REPORTER:              Shea Sloan

---

10:30 am     Case called; parties announced ready; Court welcomes parties; Court states that the proceeding today is for approval of the settlement; Court reviews case background

| | |
|---|---|
| 10:36 am | Court questions the parties on how to proceed and possible issues regarding discussing the settlement in open court; Josh Sanford responds; Todd Mobley responds; Court states the parties can review the transcript and file a motion to redact if necessary |
| 10:37 am | Court would like to hear from Mr. Sanford regarding settlement and attorneys' fees; Mr. Sanford responds |
| 10:40 am | Court questions Mr. Sanford regarding billing; Mr. Sanford responds |
| 10:41 am | Court questions Mr. Sanford regarding costs; Mr. Sanford responds |
| 10:41 am | Court questions Mr. Sanford regarding billing reductions; Mr. Sanford responds |
| 10:42 am | Mr. Mobley responds regarding Defendant's position on settlement and attorneys' fees |
| 10:43 am | Court addresses fairness and reasonableness of settlement and fees; Court believes the settlement and fees should be approved and will enter an order today |
| 10:48 am | Mr. Mobley addresses the possible issue with meeting the 10 day payment requirement of the settlement agreement due to the hurricane and requests understanding that payments could be a bit delayed; Mr. Sanford states he does not anticipate a problem with this; Court states parties may contact the Court should any issue with payment arise |
| 10:49 am | Recess |